STATE of Missouri, Plaintiff/Respondent,

v.

Mark S. WILSON, Defendant/Appellant.

No. ED 104064

Missouri Court of Appeals, Eastern District, **DIVISION TWO.**

Filed: February 21, 2017

Timothy D. Thompson, Troy, MO, for Plaintiff/Respondent.

Jedd C. Schneider, Columbia, MO, for Defendant/Appellant.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

## ORDER

PER CURIAM.

Mark S. Wilson (Appellant) appeals from the trial court's judgment convicting him of the class A Misdemeanor of Criminal Nonsupport pursuant to Section 568.040 [1] after a bench trial and sentencing

---

1. RSMo Supp. 2011.

him to 30 days in the county jail. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court, as trier of fact, reasonably could have found Appellant guilty. State v. Claycomb, 470 S.W.3d 358, 362 (Mo.banc 2015). The trial court's sentencing decision was within its discretion. State v. Collins, 290 S.W.3d 736, 746 (Mo.App. E.D. 2009). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).